AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LESLIE ERNEST GORDON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV204-193

JOSE VASQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated October 5, 2005, adopting the Report and Recommendation of the Magistrate Judge; judgment of dismissal is hereby entered and this case stands dismissed.

EOD: 10/6/05

_____
Deputy Clerk

| | |
|---|---|
| OCTOBER 6, 2005 | Scott L. Poff |
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |

GAS Rev 10/1/03